Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10304–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Alexander
   4 Birkshire Road
   Hamilton, NJ 08619

Social Security No.:
   xxx–xx–5227

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/6/2017 and a confirmation hearing on such Plan has been scheduled for 3/14/2017.

The debtor filed a Modified Plan on 2/22/2017 and a confirmation hearing on the Modified Plan is scheduled for 3/28/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 24, 2017
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-10304-MBK
Brian Alexander                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Feb 24, 2017
                              Form ID: 186             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
```
db            +Brian Alexander,    4 Birkshire Road,    Hamilton, NJ 08619-3002
516582613      ABC Financial Services, Inc.,    P.O. Box 6800,    Sherwood, AR 72124-6800
516582622     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit   Services,    P.O. Box 182676,
                Columbus, OH 43218-2676)
516582616     +Capital One Bank,    PO Box 85147,    Richmond, VA 23276-0001
516661692      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516582617     +Citibank,    PO Box 769006,    San Antonio, TX 78245-9006
516582618     +Emergency Phy Assoc. of S. Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
516582620     +GC Services Limited Partnership,    Collection Agency Division,    PO Box 2667,
                Houston, TX 77252-2667
516582621      Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way,    PO Box 500,
                Eatontown, NJ 07724-0500
516582623     +Radiology Affiliates of Central Jersey,    PO BOX 780,    Longmont, CO 80502-0780
516582624     +Retro Fitness Hamilton,    374 Rt. 33 W,    Mercerville, NJ 08619-4402
516582626     +RoundPoint Mortgage Servicing Center,    4400 Amon Carter, Suite 110,
                Fort Worth, TX 76155-2695
516582627     +Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
516582628      Sunrise Credit Services, Inc.,    260 Airport Plaza, P.O. Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2017 23:19:02      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2017 23:18:59      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516582614      E-mail/Text: legal@arsnational.com Feb 24 2017 23:18:48      ARS National Services, Inc.,
                P.O. Box 469100,    Escondido, CA 92046-9100
516582615      E-mail/Text: g17768@att.com Feb 24 2017 23:18:26      AT & T,    PO Box 930170,
                Dallas, TX 75393-0170
516582625     +E-mail/Text: paola.flores@rwjbh.org Feb 24 2017 23:19:50      Robert Wood Johnson,
                One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
516657391     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 23:17:43      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516582619    ##+First Credit Services,    371 Hoes Lane, Suite 300 B,    Piscataway, NJ 08854-4143
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Feb 24, 2017
                              Form ID: 186             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald   Quigley    on behalf of Debtor Brian   Alexander lawoffices@quigleyfayette.com,
           donaldquigley.dq@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4