Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−10304−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brian Alexander
4 Birkshire Road
Hamilton, NJ 08619
Social Security No.:
xxx−xx−5227
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/10/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 11, 2018
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-10304-MBK
Brian Alexander                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 2           Date Rcvd: Oct 11, 2018
                               Form ID: 148           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db         #+Brian Alexander,   4 Birkshire Road,   Hamilton, NJ 08619-3002
cr          +Lakeview Loan Servicing, LLC,   1040 N. Kings Highway. Suite 407,   Cherry Hill, NJ 08034-1925
516582613    ABC Financial Services, Inc.,   P.O. Box 6800,   Sherwood, AR 72124-6800
516582622   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit  Services,   P.O. Box 182676,
             Columbus, OH 43218-2676)
516582618   +Emergency Phy Assoc. of S. Jersey,   PO Box 740021,   Cincinnati, OH 45274-0021
516801378    Emergency Physician Services of NJ, PA,   PO Box 1123,   Minneapolis, MN 55440-1123
516582620   +GC Services Limited Partnership,   Collection Agency Division,   PO Box 2667,
             Houston, TX 77252-2667
516582621    Hayt, Hayt & Landau, LLC,   Meridian Center 1,   Two Industrial Way,   PO Box 500,
             Eatontown, NJ 07724-0500
517321204   +Lakeview Loan Servicing, LLC,   c/o LoanCare Servicing Center,   P.O. Box 8068,
             Virginia Beach, VA 23450-8068
517321205   +Lakeview Loan Servicing, LLC,   c/o LoanCare Servicing Center,   P.O. Box 8068,
             Virginia Beach, VA 23450,   Lakeview Loan Servicing, LLC,
             c/o LoanCare Servicing Center 23450-8068
516582623   +Radiology Affiliates of Central Jersey,   PO Box 780,   Longmont, CO 80502-0780
516582624   +Retro Fitness Hamilton,   374 Rt. 33 W,   Mercerville, NJ 08619-4402
516582626   +RoundPoint Mortgage Servicing Center,   4400 Amon Carter, Suite 110,
             Fort Worth, TX 76155-2695
516831908   +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza, Suite 200,
             Charlotte, NC 28217-1930
516582627   +Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
516582628    Sunrise Credit Services, Inc.,   260 Airport Plaza, P.O. Box 9100,   Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516582614    EDI: ARSN.COM Oct 12 2018 03:13:00    ARS National Services, Inc.,   P.O. Box 469100,
             Escondido, CA 92046-9100
516582615    EDI: ATTWIREBK.COM Oct 12 2018 03:13:00    AT & T,   PO Box 930170,   Dallas, TX 75393-0170
516819375   +EDI: CINGMIDLAND.COM Oct 12 2018 03:13:00    AT&T Mobility II LLC,   c/o ATT Services, Inc.,
             Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516762701    EDI: AIS.COM Oct 12 2018 03:13:00    American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK  73124-8838
516582616   +EDI: CAPITALONE.COM Oct 12 2018 03:13:00    Capital One Bank,   PO Box 85147,
             Richmond, VA 23276-0001
516661692    EDI: CAPITALONE.COM Oct 12 2018 03:13:00    Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
516582617   +EDI: CITICORP.COM Oct 12 2018 03:13:00    Citibank,   PO Box 769006,
             San Antonio, TX 78245-9006
516582625   +E-mail/Text: rwjebn@rwjbh.org Oct 11 2018 23:34:22    Robert Wood Johnson,
             One Robert Wood Johnson Place,   New Brunswick, NJ 08901-1966
516657391   +EDI: RMSC.COM Oct 12 2018 03:13:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 11

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516582619    ##+First Credit Services,   371 Hoes Lane, Suite 300 B,   Piscataway, NJ 08854-4143
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin               Page 2 of 2            Date Rcvd: Oct 11, 2018
                              Form ID: 148              Total Noticed: 27
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette   on behalf of Debtor Brian  Alexander kfayette@kevinfayette.com
          Steven P. Kelly   on behalf of Creditor   Lakeview Loan Servicing, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```